

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald Slaughter<br>1754 S. Ringold St.<br>Philadelphia, PA 19102<br>          Plaintiff, | Civil Action<br>NO: 09 0212 |
| V. | |
| LaSalle University<br>1900 W. Olney Ave.<br>Philadelphia, PA 19141 | |
| De LaSalle Christian Brothers<br>2535 Buckeystown Pike<br>Adamstown, MD 21710 | Formerly |
| Philadelphia Catholic League<br>222 N. 17th St.<br>Philadelphia, PA 19103 | Court of Common Pleas<br>Philadelphia County<br>Trial Division – Civil<br>March Term 2008 |
| Contemporary Services Corp.<br>One Lincoln Financial Fieldway<br>Philadelphia, PA 19148 | No. 000230 |
|           Defendants,<br>V. | |
| City of Philadelphia<br>1515 Arch Street<br>Philadelphia, PA 19102 | |
|           Additional Defendants. | |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. § 1441, defendant, The City of Philadelphia (hereinafter "petitioners") through their counsel, Jeffrey S. Simons, Assistant City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

1. In March 2008, plaintiff initiated this action by a Complaint in the Court of Common Pleas in Philadelphia, March 2008, No. 000230. (Exhibit A).

2. On December 19, 2008 said Complaint was served on Petitioners at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

3. Defendant, Contemporary Services Corporation alleges that on March 4, 2006, Plaintiff sustained damages when his civil rights were violated by defendant, The City of Philadelphia (Exhibit A ).

4. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

**Wherefore,** petitioner, The City of Philadelphia, respectfully requests that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Jeffrey S. Simons
Assistant City Solicitor

_____
**JEFFREY S. SIMONS**
**Assistant City Solicitor**
**Attorney I.D. No. 93784**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5445

Date: 1/15/09



IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald Slaughter<br>1754 S. Ringold St.<br>Philadelphia, PA 19102<br>　　　　　　　Plaintiff,<br><br>　　　　V.<br>LaSalle University<br>1900 W. Olney Ave.<br>Philadelphia, PA 19141<br><br>De LaSalle Christian Brothers<br>2535 Buckeystown Pike<br>Adamstown, MD 21710<br><br>Philadelphia Catholic League<br>222 N. 17th St.<br>Philadelphia, PA 19103<br><br>Contemporary Services Corp.<br>One Lincoln Financial Fieldway<br>Philadelphia, PA 19148<br>　　　　　　　Defendants,<br>　　　　V.<br><br>City of Philadelphia<br>1515 Arch Street<br>Philadelphia, PA 19102<br><br>　　　　Additional Defendants. | Civil Action<br><br>NO:　———09— 0212<br><br><br><br><br><br>Formerly<br><br>Court of Common Pleas<br>Philadelphia County<br>Trial Division – Civil<br>March Term 2008<br>No. 000230 |

## NOTICE OF FILING OF REMOVAL

TO:　SILVERS, LANGSAM & WEITZMAN, P.C.
　　　Dean I. Weitzman, Esq.
　　　Two Penn Center Plaza, Suite 1410
　　　15th & John F. Kennedy Blvd.
　　　Philadelphia, PA 19102

　　　POST & SCHELL, P.C.
　　　Andrew J. Connolly
　　　William L. Thrall, III
　　　Four Penn Center, 13th Floor
　　　Philadelphia, PA 19103

STRADLEY, RONON, STEVENS & YOUNG, LLP
Leslie M. Greenspan
2600 One Commerce Square
Philadelphia, PA  19103

PLEASE TAKE NOTICE THAT on   January 14, 2007, defendant, City of Philadelphia filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

JEFFREY S. SIMONS
**Assistant City Solicitor**
**Attorney I.D. No. 93784**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5443



## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald Slaughter<br>1754 S. Ringold St.<br>Philadelphia, PA  19102<br>          Plaintiff, | Civil Action<br><br>NO: _____ |
| V.<br>LaSalle University<br>1900 W. Olney Ave.<br>Philadelphia, PA  19141 | 09     0212 |
| De LaSalle Christian Brothers<br>2535 Buckeystown Pike<br>Adamstown, MD  21710 | Formerly |
| Philadelphia Catholic League<br>222 N. 17th St.<br>Philadelphia, PA  19103 | Court of Common Pleas<br>Philadelphia County<br>Trial Division – Civil<br>March Term 2008 |
| Contemporary Services Corp.<br>One Lincoln Financial Fieldway<br>Philadelphia, PA  19148 | No.  000230 |
|           Defendants,<br>V. | |
| City of Philadelphia<br>1515 Arch Street<br>Philadelphia, PA  19102 | |
|           Additional Defendants. | |

### CERTIFICATE OF SERVICE

I, Jeffrey S. Simons, Assistant City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:   SILVERS, LANGSAM & WEITZMAN, P.C.
        Dean I. Weitzman, Esq.
        Two Penn Center Plaza, Suite 1410
        15th & John F. Kennedy Blvd.
        Philadelphia, PA  19102

POST & SCHELL, P.C.
Andrew J. Connolly
William L. Thrall, III
Four Penn Center, 13th Floor
Philadelphia, PA 19103

STRADLEY, RONON, STEVENS & YOUNG, LLP
Leslie M. Greenspan
2600 One Commerce Square
Philadelphia, PA 19103

                                          /s/ Jeffrey S. Simons
**Jeffrey S. Simons**
**Assistant City Solicitor**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5443

Date: 1/15/09